IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY A. HYSELL,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

CIVIL ACTION 2:14-CV-587
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE ELIZABETH P. DEAVERS

## OPINION AND ORDER

On July 2, 2015, the Magistrate Judge assigned to this case issued a Report and Recommendation in support of the Commissioner's decision to deny disability benefits to the Plaintiff. Thereafter, the Plaintiff filed timely objections to the recommendation of the Magistrate Judge.

The undersigned has undertaken an independent review of the administrative record, the recommendation of the Magistrate Judge and the objections filed by the Plaintiff. The Court concludes that the Report and Recommendation is consistent with law and accurately summarizes the evidence of record. The Report and Recommendation of the Magistrate Judge is **ADOPTED** by the Court.

It is **ORDERED** that the decision of the Commissioner denying benefits is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

9-1-2015
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE